UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NATFULI REISZ,

                    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT
LLC,

                    Defendant.

------------------------------------------------------------x

DOC#: _____
DATE FILED: 4/25/2023

**ORDER OF DISMISSAL**

22 CV 10976 (VB)

       The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 26, 2023.  To be clear, any application to restore the action must be filed by June 26, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.  Any pending motions are moot.

       The Clerk is instructed to close the case.

Dated: April 25, 2023
       White Plains, NY

                    SO ORDERED:

                    _____

                    Vincent L. Briccetti
                    United States District Judge